## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF WILMINGTON, DELAWARE, )<br>A Political Subdivision of the State of Delaware, )<br>JAMES N. MOSLEY, SR., and )<br>JEFFREY J. STARKEY, )<br>)<br>Defendants. ) | C.A. No. 04-1425 GMS<br><br>Trial by Jury Demanded |

## CERTIFICATE OF SERVICE

I, Andrea J. Faraone, Esquire, hereby certify that on this 18th day of April, 2005, two copies of Defendants' Request for Admissions Directed to Plaintiff with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and these documents are available for viewing and downloading from CM/ECF:

>Thomas C. Marconi, Esquire
>Losco & Marconi, P.A.
>1813 North Franklin Street
>P.O. Box 1677
>Wilmington, DE 19899

>CITY OF WILMINGTON LAW DEPARTMENT

>/s/Andrea J. Faraone
>Andrea J. Faraone (#3831)
>Assistant City Solicitor
>Louis L. Redding City/County Building
>800 N. French Street, 9th Floor
>Wilmington, DE 19801