IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 04-1425 (GMS) |
| v. | ) |
| | ) |
| THE CITY OF WILMINGTON | ) |
| DELAWARE, a political subdivision | ) |
| of the State of Delaware, JAMES N. | ) |
| MOSLEY, SR. and JEFFREY J. STARKEY | ) |

**MOTION TO WITHDRAW AS COUNSEL**

COMES NOW, Losco & Marconi, P.A. ("L&M") and moves the Court for permission to withdraw as Counsel for Plaintiff, John A. Albanese, Jr., and in support thereof, states as follows:

1. This is a Title VII action which was filed on November 8, 2004.

2. On or about February 25, 2002, Plaintiff engaged L&M as counsel to represent him. Prior to filing the action, Plaintiff and L&M had an engagement agreement regarding the financial arrangement associated with the engagement.

3. Also, implicit in the engagement agreement was the requirement that Plaintiff would timely and properly respond to requests for documents, and information, and would follow instructions as, and when received, from L&M.

4. Plaintiff has breached the engagement agreement with L&M in that he has failed to satisfy his financial obligations as agreed, and, more importantly, has failed to respond to urgent requests for documents and, information, and has failed to follow L&M's instructions since the instant action was filed.

5. More specifically, the undesigned counsel has attempted to correspond by U.S. Mail, and has also left messages on Plaintiff's telephone answering machine requesting information needed to

respond to discovery propounded by Defendants. The correspondence has stressed the importance of keeping up with the financial arrangements, and supplying the information requested, and that failure to respond appropriately would result in the undersigned seeking to withdraw from the action.

6. Despite those requests L&M has been ignored, and despite L&M's best efforts, Plaintiff refuses to participate in any meaningful way in the prosecution of the instant action.

7. Therefore, L&M believes that it can no longer adequately represent Plaintiff because Plaintiff completely ignores L&M and refuses to participate in the prosecution of the action.

WHEREFORE, Losco & Marconi, P.A. prays that the Court grant the Motion to Withdraw as Counsel to Plaintiff, John A. Albanese, Jr.

**LOSCO & MARCONI, P.A.**

/s/
Thomas C. Marconi, Esquire (#2761)
1813 N. Franklin Street
P.O. Box 1677
Wilmington, DE  19899
(302) 656-2284
Attorneys for Plaintiff, John A. Albanese, Jr.

Date: June 8, 2005

G:\Carla\Albanese, John 2459\Pleadings\Motion to Withdraw as Counsel.wpd