## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 04-1425 (GMS) |
| v. | ) |
| | ) |
| THE CITY OF WILMINGTON | ) |
| DELAWARE, a political subdivision | ) |
| of the State of Delaware, JAMES N. | ) |
| MOSLEY, SR. and JEFFREY J. STARKEY | ) |

**NOTICE OF SERVICE**

I, Thomas C. Marconi, Esquire, hereby certify that on this 8rd day of June, 2005, caused two true and correct copies of the attached *Motion to Withdraw as Counsel to Plaintiff*, to be served by hand delivery upon the following:

Andrea J. Faraone, Esquire
Assistant City Solicitor
Louis J. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302)576-2165

and by Certified mail, return receipt requested upon the following:

John A. Albanese, Jr.
19 Captain's Way
Box A-9
Captain's Grant
Millsboro, DE 19966

**LOSCO & MARCONI, P.A.**

/s/
Thomas C. Marconi #2761
1813 North Franklin Street
P.O. Box 1677
Wilmington, Delaware  19899
(302) 656-7776
Attorneys for Plaintiff, John A. Albanese, Jr.

Date: June 8, 2005
G:\Carla\Albanese, John 2459\Pleadings\Notice of Service of Motion to Withdraw as Counsel.wpd