# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 04-1425 (GMS) |
| v. | ) |
| | ) |
| THE CITY OF WILMINGTON | ) |
| DELAWARE, a political subdivision | ) |
| of the State of Delaware, JAMES N. | ) |
| MOSLEY, SR. and JEFFREY J. STARKEY | ) |

**O R D E R**

UPON CONSIDERATION of Losco & Marconi, P.A.'s Motion to Withdraw as Counsel to Plaintiff, John A. Albanese, Jr., the Motion is hereby GRANTED.

Plaintiff shall have thirty (30) days to cause substitute counsel enter his or her appearance in this action.

A copy of this Order shall be mailed by Losco & Marconi, P.A. to Plaintiff by certified mail, return receipt requested.

IT IS SO ORDERED this _____ day of _____, 2005.

Date: _____        _____
                                              United States District Judge

G:\Carla\Albanese, John 2459\Pleadings\Order to Motion to Withdraw as Counsel.wpd