# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 04-1425 (GMS) |
| v. | ) |
| | ) |
| THE CITY OF WILMINGTON | ) |
| DELAWARE, a political subdivision | ) |
| of the State of Delaware, JAMES N. | ) |
| MOSLEY, SR. and JEFFREY J. STARKEY | ) |

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

I, Thomas C. Marconi, Esquire, counsel to Plaintiff state pursuant to Local Rule 7.1.1 that on May 16, 2005, I discussed with Defendants' counsel, Andrea J. Faraone, Esquire the attached Motion to Withdraw as Counsel to Plaintiff.

Ms. Faraone did not have any objection to the said Motion.

Respectfully submitted,

/s/
Thomas C. Marconi, Esquire (#2761)
1813 N. Franklin Street
P.O. Box 1677
Wilmington, DE 19899
(302) 656-2284
Attorneys for Plaintiff, John A. Albanese, Jr.

Date: June 8, 2005
G:\Carla\Albanese, John 2459\Pleadings\Statement Pursuant to Rule 7.1.1.wpd