IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No.: 04-1425 (GMS) |
| THE CITY OF WILMINGTON DELAWARE, a political subdivision of the State of Delaware, JAMES N. MOSLEY, SR. and JEFFREY J. STARKEY | ) |

### ORDER

UPON CONSIDERATION of Losco & Marconi, P.A.'s Motion to Withdraw as Counsel to Plaintiff, John A. Albanese, Jr., the Motion is hereby GRANTED.

Plaintiff shall have thirty (30) days to cause substitute counsel enter his or her appearance in this action.

A copy of this Order shall be mailed by Losco & Marconi, P.A. to Plaintiff by certified mail, return receipt requested.

IT IS SO ORDERED this 13th day of July, 2005.

Date: _____

_____
United States District Judge



FILED
JUL 14 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

G:\Carla\Albanese, John 2459\Pleadings\Order to Motion to Withdraw as Counsel.wpd