IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1425 GMS |
| | ) | |
| v. | ) | Trial by Jury Demanded |
| | ) | |
| THE CITY OF WILMINGTON, DELAWARE, | ) | |
| A Political Subdivision of the State of Delaware, | ) | |
| JAMES N. MOSLEY, SR., and | ) | |
| JEFFREY J. STARKEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____ 2005, the Court having considered Defendants the City of Wilmington, James N. Mosley, Sr., and Jeffrey J. Starkey's Motion to Amend the Scheduling Order, and any opposition thereto, and for good cause shown, it is hereby ORDERED that a new Scheduling Order shall be entered in this case upon the expiration of the thirty-day period granted to Plaintiff to cause substitute counsel to enter an appearance on his behalf.

_____
Judge Gregory M. Sleet