IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-1425 GMS |
| ) | |
| v. ) | Trial by Jury Demanded |
| ) | |
| THE CITY OF WILMINGTON, DELAWARE, ) | |
| A Political Subdivision of the State of Delaware, ) | |
| JAMES N. MOSLEY, SR., and ) | |
| JEFFREY J. STARKEY, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I, Andrea J. Faraone, Esquire , hereby certify that on this 29th day of July, 2005, two (2) copies of Defendants' Motion to Amend the Scheduling Order were served on the following individual via Certified mail, return receipt requested:

John A. Albanese, Jr.
19 Captain's Way
Box A-9
Captain's Grant
Millsboro, DE 19966


/s/ Andrea J. Faraone
Andrea J. Faraone (I.D. #3831)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorney for Defendants