IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1425 GMS |
| | ) | |
| v. | ) | Trial by Jury Demanded |
| | ) | |
| THE CITY OF WILMINGTON, DELAWARE, | ) | |
| A Political Subdivision of the State of Delaware, | ) | |
| JAMES N. MOSLEY, SR., and | ) | |
| JEFFREY J. STARKEY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AMENDED MOTION TO AMEND THE SCHEDULING ORDER**

Defendants, City of Wilmington, James N. Mosley, Sr., and Jeffrey J. Starkey (collectively, the "Defendants"), by and through their undersigned counsel, move this Court to amend the Scheduling Order entered on February 24, 2005 in the above-captioned case. (See Ex. "A" hereto). In support of this motion, the Defendants state as follows:

1. Defendants served their First Set of Interrogatories and First Request for Production of Documents on Plaintiff's former counsel, Thomas C. Marconi, Esquire, on March 4, 2005. Plaintiff's responses to those discovery requests were originally due on April 4, 2005.

2. Defendants subsequently served their First Request for Admissions on Plaintiff's counsel on April 18, 2005. Plaintiff's responses to those requests for admissions were due on May 18, 2005. (Defendants' First Set of Interrogatories, First Request for Production of Documents, and First Request for Admissions shall hereinafter be referred to collectively as the "Outstanding Discovery Requests").

3. On May 17, 2005, Plaintiff's attorney informed Defendants' counsel that he intended to move to withdraw as counsel for the Plaintiff. In light of Mr. Marconi's impending withdrawal from the representation, Defendants' counsel agreed to give Plaintiff an extension for responding to the Outstanding Discovery Requests until forty-five (45) days after the expiration of the time the Court granted the Plaintiff to cause substitute counsel to enter an appearance on his behalf in this action. In exchange for this extension,

before withdrawing as Plaintiff's counsel, Mr. Marconi agreed on the Plaintiff's behalf to an amendment of the Scheduling Order to extend the deadlines for completing discovery and filing case dispositive motions.

4. On June 8, 2005, Mr. Marconi filed a motion to withdraw as counsel for the Plaintiff. On July 13, 2005, the Court entered an Order granting that motion and giving the Plaintiff thirty (30) days to cause substitute counsel to enter an appearance on his behalf. That thirty-day period will expire August 13, 2005.

5. Pursuant to the extension granted by Defendants, Plaintiff's responses to the Outstanding Discovery Requests are now due September 27, 2005, which is forty-five days after the expiration of that thirty-day period.

6. Defendants' counsel will not know whether any additional written discovery is necessary until she receives Plaintiff's responses to the Outstanding Discovery Requests. Additionally, Defendants' counsel will need to obtain Plaintiff's responses to the Outstanding Discovery Requests before she can adequately prepare for and take depositions in this case. During the thirty-day period when Plaintiff is seeking new counsel, Defendants will be delayed from proceeding with any discovery. These delays in proceeding with discovery will necessitate an extension of the deadline for filing case dispositive motions, since a summary judgment motion would likely be considered premature if filed prior to the completion of discovery.

7. For these reasons, and out of an abundance of caution, Defendants request that the Court enter a new Scheduling Order extending the deadlines for the completion of fact and expert discovery and the filing of case dispositive motions which are set forth in the February 24, 2005 Scheduling Order, upon the expiration of the thirty-day period granted to the Plaintiff to cause substitute counsel to enter an appearance on his behalf.

WHEREFORE, for the foregoing reasons, Defendants respectfully move this Honorable Court to enter a new Scheduling Order on or after August 13, 2005.

/s/ Andrea J. Faraone
Andrea J. Faraone (I.D. #3831)
City of Wilmington Law Department
Louis L. Redding City/County Building
800 French Street
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorney for Defendants

Dated: August 5, 2005