IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1425 GMS |
| | ) | |
| v. | ) | Trial by Jury Demanded |
| | ) | |
| THE CITY OF WILMINGTON, DELAWARE, | ) | |
| A Political Subdivision of the State of Delaware, | ) | |
| JAMES N. MOSLEY, SR., and | ) | |
| JEFFREY J. STARKEY, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Andrea J. Faraone, Esquire , hereby certify that on this 5th day of August, 2005, two (2) copies of Defendants' Amended Motion to Amend the Scheduling Order were served on the following individual via Certified mail, return receipt requested:

        John A. Albanese, Jr.
        19 Captain's Way
        Box A-9
        Captain's Grant
        Millsboro, DE 19966

        /s/ Andrea J. Faraone
        Andrea J. Faraone (I.D. #3831)
        City of Wilmington Law Department
        Louis L. Redding City/County Building
        800 French Street
        Wilmington, Delaware 19801-3537
        (302) 576-2175
        Attorney for Defendants