IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR. | : |
| Plaintiff | : |
| v. | : Civil Action No. 04-1425 GMS |
| CITY OF WILMINGTON, et al. | : |
| Defendants | : |

## **O R D E R**

WHEREAS, on November 8, 2004, the plaintiff filed a complaint against the defendants;

WHEREAS, on February 24, 2005, a scheduling order was issued;

WHEREAS, on July 14, 2005, the court granted the plaintiff's attorney's motion for leave to withdraw as counsel;

WHEREAS, on August 5, 2005, the defendants filed a motion to amend/correct the scheduling order (D.I. 19), to which there was no response or opposition;

IT IS ORDERED THAT:

1. The motion is hereby GRANTED;

2. The defendants are directed to file a proposed scheduling order with the court within 14 days of the date of this Order.


August 26, 2005                     /s/ Gregory M. Sleet
                                    UNITED STATES DISTRICT JUDGE