IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN A. ALBANESE, JR., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE CITY OF WILMINGTON, )<br>DELAWARE, a Political Subdivision of the )<br>State of Delaware, JAMES N.MOSLEY, )<br>SR., and JEFFREY J. STARKEY, )<br>)<br>    Defendants. ) | C.A. No. 04-1425<br><br>Trial by Jury Demanded |

**SCHEDULING ORDER**

The Court having granted Defendants' motion to amend/correct the Scheduling Order dated February 24, 2005, and having directed Defendants to file a proposed new scheduling order with the Court;

IT IS ORDERED that:

1. **Joinder of other Parties and Amendment of Pleadings. All motions to join other parties and amend the pleadings shall be filed on or before April 4, 2005.**

2. **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before **December 30, 2005**. Expert discovery shall be initiated so that it will be concluded on or about **January 16, 2006**.

    a. Discovery Matters. Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the court a letter agenda not to exceed two (2) pages outlining the issues in dispute.

Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a **<u>TWO PAGE LETTER</u>**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

      3.      **<u>Confidential Information and Papers filed under Seal</u>**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within 10 days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers.

**If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

      4.      **<u>Case Dispositive Motions</u>**. All case dispositive motions shall be served and filed on or before **February 28, 2006**. The briefing schedule on such case dispositive motions shall be as follows:

      a.      **<u>The Opening Brief</u>** shall be served and filed no later than **thirty (30) days** after service and filing of the case dispositive motion;

      b.      **<u>The Answering Brief</u>** shall be served and filed no later than **thirty (30) days** after service and filing of the Opening Brief;

      c.    **The Reply Brief** shall be served and filed no later than **fifteen (15) days** after service and filing of the Answering Brief.

    5.    **Applications by Motion**. Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

    6.    **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

    7.    **Pretrial Conference**. On _____, the Court will hold a Pretrial Conference in Chambers with counsel beginning at _____ a.m. Unless otherwise ordered by the Court, the parties should assume that filing the pretrial order satisfies the pretrial disclosure requirement in Federal Rule of Civil Procedure 26(a)(3). Thirty (30) days before the joint proposed pretrial order is due, Plaintiff shall forward to Defendants' counsel a draft of the pretrial order containing the information Plaintiff proposes to include in the draft. Defendants' counsel shall, in turn, provide to Plaintiff's counsel any comments on the Plaintiff's draft as well as the information Defendant proposes to include in the proposed pretrial order. Motions *in limine*: No party shall file more than ten (10) motions in limine. Briefs **(opening, answering and reply)** on all motions *in limine* shall be filed by _____. Opening and answering briefs shall not exceed five (5) pages and reply briefs shall not exceed three (3) pages. The parties shall file with the court the joint proposed final pretrial order with the information required by the form of Final Pretrial Order which accompanies this

Scheduling Order on or before _____.

      8.    **Trial**.  This matter is scheduled for a **seven (7)** day trial beginning at _____ a.m. on _____.

      9.    **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.


DATE: _____
                                   United States District Judge

Case 1:04-cv-01425-GMS    Document 21    Filed 09/06/2005    Page 5 of 5