IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1425 GMS |
| | ) | |
| v. | ) | Trial by Jury Demanded |
| | ) | |
| THE CITY OF WILMINGTON, DELAWARE, | ) | |
| A Political Subdivision of the State of Delaware, | ) | |
| JAMES N. MOSLEY, SR., and | ) | |
| JEFFREY J. STARKEY, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

There being no disputed issues of material fact, Defendants the City of Wilmington, James N. Mosley, Sr. and Jeffrey J. Starkey ("Defendants") respectfully move this Honorable Court to issue an Order granting summary judgment in their favor and dismissing Plaintiff's Complaint with prejudice for the following reasons, which are more fully explained in Defendants' Opening Brief in Support of Their Motion for Summary Judgment and the accompanying Appendix:

1. Plaintiff cannot establish a prima facie case of reverse racial discrimination under Title VII because he cannot demonstrate:

    (a) that he was treated differently than any similarly situated Hispanic and African American employees;

    (b) that he was qualified for the position of Housing Code Enforcement Supervisor; or

    (c) that there was any causal connection between his race and the employment decisions made by the Defendants.

2. Defendants had legitimate, non-discriminatory and non-pretextual reasons for all of the employment decisions they made with respect to the Plaintiff.

3. As a matter of law, Defendants Mosley and Starkey cannot be held liable under Title VII in their individual capacities.

4. As a matter of law, punitive damages are not available under Title VII against municipalities such as the City of Wilmington.

5. As a matter of law, Plaintiff's damages, if any, must be limited to a maximum of $300,000.

CITY OF WILMINGTON LAW DEPARTMENT

/s/ Andrea J. Faraone
Andrea J. Faraone (I.D. # 3831)
Assistant City Solicitors
Louis L. Redding City/County Building
800 French Street, 9th Floor
Wilmington, Delaware 19801-3537
(302) 576-2175
Attorneys for Defendants

Dated: February 28, 2006