IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1425 GMS |
| | ) | |
| v. | ) | Trial by Jury Demanded |
| | ) | |
| THE CITY OF WILMINGTON, DELAWARE, | ) | |
| A Political Subdivision of the State of Delaware, | ) | |
| JAMES N. MOSLEY, SR., and | ) | |
| JEFFREY J. STARKEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This _____ day of _____, 2006, the Court having considered Defendants' Motion for Summary Judgment, and there being no genuine issue as to any material fact,

IT IS HEREBY ORDERED this ____ day of _____, 2006, that Defendants' Motion for Summary Judgment is GRANTED, and all counts of the Plaintiff's Complaint in the above-captioned action are dismissed with prejudice.

_____
Judge Gregory M. Sleet