IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-1425 GMS |
| | ) | |
| v. | ) | Trial by Jury Demanded |
| | ) | |
| THE CITY OF WILMINGTON, DELAWARE, | ) | |
| A Political Subdivision of the State of Delaware, | ) | |
| JAMES N. MOSLEY, SR., and | ) | |
| JEFFREY J. STARKEY, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Andrea J. Faraone, Esquire, hereby certify that on this 28th day of February, 2006, Defendants' Motion for Summary Judgment and Defendants' Opening Brief in Support of Their Motion for Summary Judgment with Clerk's Office using CM/ECF which will send notification of such filing(s) to the individual(s) noted below. These documents were also served by U.S. Mail, certified mail, postage pre-paid to the following individual:

John A. Albanese, Jr.
19 Captain's Way
Box A-9
Captain's Grant
Millsboro, DE 19966

CITY OF WILMINGTON LAW DEPARTMENT

  /s/ Andrea J. Faraone
Andrea J. Faraone (#3831)
Assistant City Solicitor
Louis L. Redding City/County Building
800 N. French Street, 9th Floor
Wilmington, DE 19801
(302) 576-2175
Attorney for Defendants