IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN A. ALBANESE, JR.          :

    Plaintiff                :

v.                             : Civil Action No. 04-1425 GMS

CITY OF WILMINGTON, et al.     :

    Defendants               :

**ORDER**

WHEREAS, on November 8, 2004, the plaintiff filed a complaint against the defendants (D.I. 1);

WHEREAS, on February 24, 2005, a Scheduling Order was issued;

WHEREAS, on July 14, 2005, the court granted the plaintiff's attorney's motion for leave to withdraw as counsel (D.I. 17);

WHEREAS, on October 5, 2005, an amended Scheduling Order was issued by the court (D.I. 22); and

WHEREAS, on February 28, 2006, a motion for summary judgment was filed by the defendants (D.I. 24 and D.I. 25). To date, the court's docket reflects that no response to that motion has been filed by the plaintiff.

IT IS HEREBY ORDERED THAT:

1. The plaintiff is directed to respond to the defendants' motion for summary judgment by April 12, 2006. If a response is not received, the court will decide the motion on the existing record; and

      2. The pretrial conference and jury trial dates of May 30, 2006 and June 19, 2006, are hereby continued pending resolution of the defendants' motion for summary judgment. A further scheduling conference, if appropriate, will be set after resolution of the motion for summary judgment.

March __29__, 2006

_____
UNITED STATES DISTRICT JUDGE