IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN A. ALBANESE, JR., *pro se* | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-1425 GMS |
| | ) | |
| CITY OF WILMINGTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

The above-captioned action was filed by plaintiff John A. Albanese, Jr., on November 8, 2004. Albanese was originally represented by counsel, however, with permission of the court, that counsel withdrew on July 14, 2005. The court's docket reflects that, although Albanese was granted time to retain new counsel, he has not done so. On February 28, 2006, the defendants filed a motion for summary judgment. Albanese did not respond to that motion. On March 29, 2006, the court ordered Albanese to respond to the defendants' motion by April 12, 2006. Again, Albanese failed to respond. Accordingly, the court will decide the motion on the papers submitted thus far.

Albanese alleges that the defendants discriminated against him on the basis of race by terminating his employment and refusing to re-hire him for failing to pass a required certification test. As the defendants point out, one of the elements of a *prima facie* case of race discrimination under Title VII is differential treatment. The defendants point to evidence that there was no such differential treatment. As Albanese has not responded to the defendants' discovery requests or motion for summary judgment, he has waived his opportunity to raise evidence to the contrary. Therefore, because Albanese cannot demonstrate a *prima facie* case of race discrimination, the court will grant the defendants' motion for summary judgment.

IT IS HEREBY ORDERED THAT:

    The defendants' motion for summary judgment (D.I. 24) be GRANTED.


Dated: May 15, 2006                /s/ Gregory M. Sleet
                                           UNITED STATES DISTRICT JUDGE